UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

SERENDIPITY LABS FRANCHISE                   Civil Action No. 7:25-CV-10484
INTERNATIONAL, LLC, and SERENDIPITY          (PMH)
LABS, INC.,

    Petitioners,

-against-

ADVANTAGE PARTNERS, LLC, OFFICE
LABS INDIANA 1, LLC, ALEX PERCHUK,
ROBERT BAKER, YURY BENIN, OFFICE
LABS ARIZONA 1, LLC, OFFICE LABS
PITTSBURGH 1, LLC, TRIPLE 5 GROUP, LLC,
OFFICE LABS 3 CROSSINGS, LLC

    Respondents.
-------------------------------------------------------------- x

## CONSENT JUDGMENT

This action having been commenced on December 17, 2025, by the filing of the Petition to

Confirm Arbitration Award and supporting papers (the "Serendipity Petition") by Serendipity Labs

Franchise International, LLC ("SLFI") and Serendipity Labs, Inc. ("SLI") (collectively,

"Serendipity"), against Advantage Partners, LLC, Office Labs Indiana 1, LLC, Alex Perchuk,

Robert Baker, Yury Benin, Office Labs Arizona 1, LLC, Office Labs Pittsburgh 1, LLC, Triple 5

Group, LLC, and Office Labs 3 Crossings, LLC (collectively, the "Office Labs Parties" and,

together with Serendipity, the "Parties"), seeking to confirm the Final Award of Arbitrator issued

September 23, 2025, and delivered September 23, 2025 (the "Final Award"), in the commercial

arbitration conducted by the American Arbitration Association (the "AAA") and styled *Serendipity*

*Labs Franchise International, LLC, et al. v. Advantage Partners, LLC, et al.*, AAA Case No. 01-

22-0005-2700 (the "Arbitration"), and having been consolidated with the action commenced on

- 1 -

December 18, 2025 by the filing of a Petition to Vacate Arbitration Award and supporting papers (the "Office Labs Petition") by the Office Labs Parties against Serendipity seeking to vacate the Final Award, and the Parties having stipulated to the entry of this Consent Judgment, having agreed that this Consent Judgment shall operate as the final judgment in this action, and having stipulated that this Court has jurisdiction over the subject matter of this action and over the Parties for purposes of this Consent Judgment and the Parties' underlying Confidential Settlement Agreement and Mutual Release (the "Settlement Agreement"), that venue is proper, and that all substantive and procedural prerequisites to the entry of this Consent Judgment, as well as its enforceability under and/or its compliance with the Federal Rules of Civil Procedure, have been met and/or any objections to the entry hereof are hereby waived by the Parties, it is

**ORDERED, ADJUDGED AND DECREED**, without trial or adjudication of issues of fact or law, and upon consent of the Parties and a finding by the Court that there is good and sufficient cause to enter this Consent Judgment, that Serendipity Labs Franchise International, LLC and Serendipity Labs, Inc., have judgment against Advantage Partners, LLC, Office Labs Indiana 1, LLC, Alex Perchuk, Robert Baker, Yury Benin, Office Labs Arizona 1, LLC, Office Labs Pittsburgh 1, LLC, Triple 5 Group, LLC, and Office Labs 3 Crossings, LLC, jointly and severally, in the liquidated amount of $2,394,601.43, plus post judgment interest as and from the date hereof pursuant to 28 U.S.C. § 1961, with application and offset of a credit to the Office Labs Parties in the amount of any payment(s) made pursuant to the Parties' Settlement Agreement.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Court retains jurisdiction for the purpose of executing and enforcing the terms of this Consent Judgment and/or the underlying Settlement Agreement, which shall be governed by the laws of the State of New York.

- 3 -

**DONE AND ORDERED** at White Plains, New York on this 31st day of ___March___, 2026.

_____
Honorable Philip M. Halpern
United States District Judge